UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BILLY JACKSON COFFELT           ]
    Petitioner,             ]
                                ]
v.                              ]   No. 3:11-1067
                                ]   Judge Campbell
DAVID SEXTON, WARDEN            ]
    Respondent.             ]

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petitioner's petition (Docket Entry No.1) for habeas corpus relief. Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will ISSUE for the sole claim that counsel was ineffective for refusing to allow the petitioner to testify on his own behalf.

It is so ORDERED.

                                      Todd Campbell
                                      United States District Judge